DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH FINCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1993

[November 7, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, V, Judge; L.T. Case No. 05-6591CF10A.

Joseph Finch, Milton, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***